UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA                :
                                        :         INDICTMENT
            v.                          :         25 Cr. 462
                                        :
CHARUDET SMITH,                         :
                                        :
            Defendant.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## COUNT ONE
(Sexual Exploitation of a Child)

The Grand Jury charges:

1. From at least on or about December 21, 2019 up to and including at least on or about February 12, 2020, in the Southern District of New York and elsewhere, CHARUDET SMITH, the defendant, employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and the visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, to wit, SMITH, while in Westchester County, New

York, used trickery and deceit to persuade a 17-year-old minor in California ("Victim-1") to engage in sexually explicit activity and transmit to SMITH, via the internet, videos of such activity.

(Title 18, United States Code, Section 2251(a))

███████████████████████████
FOREPERSON

/s/ Jay Clayton
JAY CLAYTON
United States Attorney