UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_____US_____,
Plaintiff(s),

v.

__Charudet Smith__
Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/25

**CALENDAR NOTICE**

25 CR 462 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been scheduled/ ~~re-scheduled~~ for:

✓ Status conference* / Arraignment
___ Telephone conference
___ Pre-motion conference
___ Settlement conference
___ Oral argument
___ Bench ruling on motion

___ Final pretrial conference
___ Jury selection and trial
___ Bench trial
___ Suppression hearing
___ Plea hearing
___ Sentencing

on __10-15__, 20__25__, at __12:00 PM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. ~~Adjourned from~~ ____.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __10-9-__, 20__25__
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge