UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

                v.

CHARUDET SMITH,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __10/16/25__

**ORDER OF COMMITMENT**
**(Defendant is to remain out-of-custody until designated to a medical facility)**

25 CR 462 (VB)

       On October 15, 2025, the parties appeared before the Court. Defense counsel made a motion, pursuant to 18 U.S.C. § 4241, that the Court enter a finding that CHARUDET SMITH is not competent to stand trial. Prior to the appearance on October 15, 2025, defense counsel provided the Court with a psychiatric evaluation of SMITH by Dr. Jeremy Colley. In the evaluation, Dr. Colley concluded that SMITH is not competent to stand trial. At the proceeding on October 15, 2025, the Government advised the Court that the Government does not oppose the defendant's motion for a finding that SMITH is not competent to stand trial.

       Based on Dr. Colley's evaluation and the consent of the parties, the Court finds by a preponderance of the evidence that CHARUDET SMITH is not presently competent to stand trial.

       As required by 18 U.S.C. § 4241(d), upon a finding of incompetency, this Court must commit CHARUDET SMITH to the custody of the Attorney General for hospitalization and treatment.

       Accordingly, **IT IS ORDERED**:

       1. Pursuant to 18 U.S.C. § 4241(d), CHARUDET SMITH is committed to the custody of the Attorney General to be hospitalized in a suitable facility for a reasonable period of time, ***not to exceed four months***, as is necessary to determine whether there is a substantial probability that in the foreseeable future SMITH will attain the capacity to permit the proceedings to go forward. The four months shall commence on the date SMITH arrives at the facility designated by the Bureau of Prisons.

2.    The United States Marshal shall promptly inform the Bureau of Prisons/Attorney General of the need for restoration of CHARUDET SMITH.

3.    Once the Bureau of Prisons/Attorney General designates a facility for treatment and a date for the CHARUDET SMITH to report, the United States Marshal shall promptly notify the Court, the Government, and defense counsel of the designated facility and the designated reporting date. SMITH shall report for commitment at the designated facility on the designated reporting date. **The Defendant shall remain out-of-custody, subject to the terms of his previously imposed conditions of release, until he reports for commitment at the designated facility.**

4.    At the end of SMITH's commitment, the Attorney General or his agent shall:

    a.    Prepare and submit a written report pursuant to 18 U.S.C. § 4247(b) and (c).

    b.    Submit the report by U.S. Mail and email to:

> The Honorable Vincent Briccetti
> United States District Judge
> Southern District of New York
> 300 Quarropas Street
> White Plains, NY 10601
> ChambersNYSDBriccetti@nysd.uscourts.gov

5.    In the event CHARUDET SMITH is restored to competency, the United States Marshal or the Bureau of Prisons shall notify the Court, the Government, and defense counsel that SMITH is ready to be released from the designated facility and shall release CHARUDET SMITH, subject to the previously imposed conditions of release. Defense counsel shall notify the Government and the Court when the Defendant is back in the Southern District of New York.

6.    If, at any time during the four-month commitment, or at the conclusion of the four-month commitment, the psychologist's or psychiatrist's opinion is that CHARUDET SMITH remains incompetent and cannot be restored, SMITH shall remain at the medical facility and the Attorney General or his agent shall promptly determine whether a dangerousness evaluation pursuant to 18 U.S.C. §§ 4246 and 4248 is needed, and if so, begin the evaluation.

7.    All proceedings relating to CHARUDET SMITH are stayed pending further

order of the Court. Excludable delay under 18 U.S.C. § 3161(h)(1)(A) is found to have commenced on October 15, 2025, and will end upon the Court's determination that CHARUDET SMITH is competent.

8. The Government and defense counsel are directed to appear for a conference on January 21, 2026, at 11:30 a.m. before this Court. At the conference, the parties will provide the Court with an update concerning the parties' understanding of the status of the restoration efforts. The defendant's appearance is not necessary at the conference.

9. Upon notification of the name and contact information for the examining psychologist or psychiatrist, the parties shall promptly provide that person with all relevant documents, SMITH's criminal history, and other known mental health examinations or medical records in their possession.

10. Nothing in this Order shall be construed to limit the parties from challenging the Bureau of Prisons findings with respect to CHARUDET SMITH's competency and/or likelihood of restoration.

11. The Clerk of the Court is ordered to provide this order to the U.S. Marshal Service forthwith.

Dated: White Plains, New York
October 16, 2025

THE HONORABLE VINCENT BRICCETTI
UNITED STATES DISTRICT JUDGE