

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Thomas C. Rotko
Partner
rotko@clayro.com

October 24, 2025

BY ECF

Hon. Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    United States v. Charudet Smith
              Ind. No. 25-CR-462 (VB)

Dear Judge Briccetti:

        We are the attorneys for Charudet Smith, the defendant in the above-referenced case. We write, with the consent of the government and Pretrial Services, to request a modification of Mr. Smith bond conditions to permit him to attend his father's retirement luncheon on November 9, 2025, in Hasting-on-Hudson, New York.

        Presently, Mr. Smith is on home detention and is subject to electronic monitoring. He is not permitted to leave his home in New Rochelle except for medical appointments or with the permission of Pretrial Services. He resides with his parents. Additionally, he is not permitted to access any electronic devices that are connected to the internet.

        After 45 years in private practice, Mr. Smith's father is retiring from his dental practice. His staff is holding a retirement luncheon for him on Sunday, November 9, 2025, at Harvest-on-Hudson, a restaurant in Hastings-on-Hudson, New York. With the permission of the Court, Mr. Smith would leave his house in New Rochelle at approximately 11:00 a.m. and he will return by 3:30 p.m. He will be with his parents during this event and will travel to and from the event with his parents. He will also notify Pretrial Services when he departs his home and when he returns.

        I have conferred with Pretrial Services Officer Jonathan Lettieri who has authorized me to inform the Court that Pretrial Services approves this request.

        I have also conferred with AUSA Marcia Cohen, the prosecutor assigned to the case. She has authorized me to inform the Court that the government has no objection to this request.

Hon. Vincent L. Briccetti
U.S. v. Charudet Smith
25-CR-462 (VB)
October 24, 2025
Page Two

   Finally, the parties are still awaiting information from the Bureau of Prisons concerning Mr. Smith's designation and surrender date. In the event he is required to surrender prior to November 9, 2025, this request will be moot.

   We thank the Court for its consideration of this request.

               Respectfully submitted,

               Thomas C. Rotko

cc: AUSA Marcia Cohen (by ECF)
   PTS Officer Jonathan Lettieri (by ECF)