# Clayman Rosenberg
# Kirshner & Linder LLP

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Thomas C. Rotko
Partner
rotko@clayro.com

November 11, 2025

BY ECF

Hon. Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    United States v. Charudet Smith
                 Ind. No. 25-CR-462 (VB)

Dear Judge Briccetti:

      We are the attorneys for Charudet Smith, the defendant in the above-referenced case. We write to respectfully request that Mr. Smith's voluntary surrender date to MCC Chicago be adjourned to a date to be determined by the Court.

      Mr. Smith has been found not competent to proceed to trial. Presently, he is on home detention and is subject to electronic monitoring. He is not permitted to leave his home in New Rochelle except for medical appointments or with the permission of Pretrial Services. He resides with his parents. Additionally, he is not permitted to access any electronic devices that are connected to the internet. These bail conditions are in effect until his surrender date at a BOP facility where he will undergo a competency evaluation process. Mr. Smith's surrender date is presently November 12, 2025, and he has been designated to the MCC Chicago.

      Mr. Smith was scheduled to fly today with his father to Chicago in order to surrender tomorrow at MCC Chicago. This afternoon, before he left for the airport, he suffered a psychiatric episode at his home in New Rochelle. His parents called 911, and the New Rochelle Police Department responded with a psychiatric crisis team. After an assessment at his home, the responders determined that Mr. Smith should be transported to White Plains Hospital for further medical evaluation. I confirmed this information with Mr. Smith's father and with the detective who responded to the home. I was also informed by the detective that Mr. Smith is wearing his GPS monitoring device (which is a condition of his bond).

      After receiving this information, I informed Pretrial Services Officer Jonathan Lettieri and provided him with this information and with the name and contact information of the detective from the New Rochelle Police Department. I also informed AUSA Marcia Cohen, the

Hon. Vincent L. Briccetti
U.S. v. Charudet Smith
25-CR-462 (VB)
November 11, 2025
Page Two

prosecutor assigned to the case, by email. Finally, I advised the Court of this information during a telephone conference this afternoon.

Accordingly, we respectfully request that the Court adjourn Mr. Smith's voluntary surrender date to a date to be determined by the Court. I will provide the Court with additional information regarding Mr. Smith's status not later than Friday, November 14, 2025.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Thomas C. Rotko

cc: AUSA Marcia Cohen (by ECF)
PTS Officer Jonathan Lettieri (by email)