Clayman Rosenberg
Kirshner & Linder LLP

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Thomas C. Rotko
Partner
rotko@clayro.com

November 17, 2025

BY ECF

Hon. Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

   Re: United States v. Charudet Smith
     Ind. No. 25-CR-462 (VB)

Dear Judge Briccetti:

  We are the attorneys for Charudet Smith, the defendant in the above-referenced case. We write jointly with the government to (1) apprise the Court of the status of Mr. Smith's designation status and voluntary surrender date and (2) request a modification of Mr. Smith bond conditions to permit him to surrender at MCC Chicago on November 19, 2025.

  Mr. Smith has been found not competent to proceed to trial. He has remained under his current bail conditions until his designation date at a BOP facility where he will undergo a competency evaluation process. Mr. Smith present conditions of release are as follows: He is on home detention and is subject to electronic monitoring. He is not permitted to leave his home in New Rochelle except for medical appointments or with the permission of Pretrial Services. He resides with his parents. Additionally, he is not permitted to access any electronic devices that are connected to the internet.

  Mr. Smith has been designated to the MCC Chicago. He was ordered to voluntarily surrender on November 12, 2025. His surrender was adjourned by the Court because of his hospitalization on November 11 (he has since been discharged). Mr. Smith's has received a new voluntary surrender date of November 19, 2025 (this Wednesday), and he remains designated to MCC Chicago. Furthermore, I have been advised by his treating psychiatrist that he is well enough to travel and that the preferred method of travel is flying from New York to Chicago.

  Accordingly, we are writing to respectfully request that the Court modify Mr. Smith bond conditions (1) to permit Mr. Smith to travel from New York to Chicago on November 19, 2025, to report to MCC Chicago on the same date, and (2) to remove the GPS

Hon. Vincent L. Briccetti
U.S. v. Charudet Smith
25-CR-462 (VB)
November 17, 2025
Page Two

monitoring device in Chicago upon his surrender to MCC Chicago. He and his father are scheduled to fly from New York to Chicago on the morning of November 19. I have provided his flight information to Pretrial Services. During the time that Mr. Smith is traveling and in Chicago he will be accompanied by his father and the other bond conditions will remain in effect.

    I have conferred with Pretrial Services Officer Jonathan Lettieri who has authorized me to inform the Court that Pretrial Services approves this request. I have also been informed by Officer Lettieri that Mr. Smith and his father are permitted to remove the GPS device upon his surrender to MCC Chicago. Officer Lettieri has provided Mr. Smith with a letter permitting him to fly with the GPS device.

    I have also conferred with AUSA Marcia Cohen, the prosecutor assigned to the case. She has authorized me to inform the Court that the government joins in this request.

    We thank the Court for its consideration.

Respectfully submitted,

/s/

Thomas C. Rotko

cc:    AUSA Marcia Cohen (by ECF)
       PTS Officer Jonathan Lettieri (by ECF)