1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/26

UNITED STATES OF AMERICA          :

                                                      :    **ORDER OF RELEASE**

                    v.                              :

                                                      :    **25 CR 462 (VB)**

CHARUDET SMITH,                     :

                    Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

On October 16, 2025, upon a motion by defendant and with the consent of the government, the Court found by a preponderance of the evidence that CHARUDET SMITH was not competent to stand trial. On October 16, 2025, the Court issued an Order of Commitment, pursuant to 18 U.S.C. § 4241, committing SMITH to the custody of the Attorney General for hospitalization and treatment, specifically the competency restoration program administered by the Bureau of Prisons ("BOP").

Consistent with the terms of the Order of Commitment, SMITH voluntarily surrendered on November 19, 2025 to MCC Chicago. SMITH is currently in the custody of the BOP at MCC Chicago.

On April 16, 2026, pursuant to 18 U.S.C. § 4247, the BOP submitted a final report to the Court stating that SMITH had completed the competency restoration program and that SMITH was not competent to stand trial. The report stated further that SMITH was unlikely to regain competency to proceed within a reasonable period of time.

Accordingly, **IT IS HEREBY ORDERED**:

1.     SMITH'S period of commitment pursuant to 18 U.S.C. § 4241 is terminated effective April 23, 2026.

1

2.    The BOP shall release SMITH to the custody of his father, Herbert Smith, on April 23, 2026.

3.    Upon his release, SMITH shall return forthwith to the Southern District of New York .

4.    Upon his release, SMITH shall be subject to the terms of his previously imposed conditions of release, as set forth in the February 9, 2024 Appearance Bond and the October 6, 2025 Order modifying the Appearance Bond, copies of which are appended hereto as Exhibits A and B, respectively.

5.    On the next business day following his release, SMITH shall report to Pre-Trial Services in this District for the purpose of re-installing the GPS monitoring device.

6.    All proceedings relating to CHARUDET SMITH are stayed pending further order of the Court. Excludable delay under 18 U.S.C. § 3161(h)(1)(A) is found to have commenced on October 15, 2025, and will end upon the Court's determination that CHARUDET SMITH is competent.

7.    SMITH shall appear for a conference on May 6, 2026, at 9:30 a.m., before this Court.

8.    This Order is issued on consent of the parties.

9.    The Clerk of the Court shall provide this Order of Release to the BOP and the U.S. Marshals Service forthwith.  The government shall also provide this Order of Release to the BOP and the U.S. Marshals Service forthwith.

Dated: April 21, 2026            SO ORDERED:
       White Plains, NY

_Vincent Briccetti_
Vincent L. Briccetti
United States District Judge

2

# EXHIBIT A

Case 7:24-mj-00551-UA    Document 4    Filed 02/09/24    Page 1 of 7

SDNY-WP (Rev. 12/21)
AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the
#### Southern District of New York

| | |
|---|---|
| United States of America )<br><br>v. )<br><br>Charudet Smith a/k/a Charles Smith )<br>_____ )<br>*Defendant* ) | Case No. 24mj551 |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Charudet Smith a/k/a Charles Smith _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

      ( X )     to appear for court proceedings;

      ( X )     if convicted, to surrender to serve a sentence that the court may impose; or

      ( X )     to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1)    This is a personal recognizance bond.

( X ) (2)    This is an unsecured bond of    $ 200,000.00   .   ( X ) Cosigned by __2__ FRP.    To be cosigned within one week

(    ) (3)    This is a secured bond of _____ , secured by:

      (   ) (a)    _____ , in cash deposited with the court.

      (   ) (b)    the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):*

      If this bond is secured by real property, documents to protect the secured interest may be filed of record.

      (   ) (c)    a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

      (   ) (d) Cosigned by _____ FRP.

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

24mj551

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)    all owners of the property securing this appearance bond are included on the bond;

(2)    the property is not subject to claims, except as described above; and

(3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 02/09/2024

X _____
Defendant's Signature Charudet Smith a/k/a Charles Smith

| | |
|---|---|
| *Interpreter's Initials* | |

HERBERT S. SMITH.
Surety/property owner - printed name

_____ . 2/17/24
Surety/property owner - signature and date

| Deputy Clerk's Initials | Interpreter's Initials |
|---|---|

Sharow Bullofff
Surety/property owner - printed name

_____ 2/17/24
Surety/property owner - signature and date

| Deputy Clerk's Initials | Interpreter's Initials |
|---|---|

_____
Surety/property owner - printed name

_____
Surety/property owner - signature and date

| Deputy Clerk's Initials | Interpreter's Initials |
|---|---|

CLERK OF COURT

_____
Signature of Deputy Clerk

Date: 02/09/2024

Approved.

Date: _____

s/VR
_____
Judicial Officer's Signature

Hon. Victoria Reznik, U.S. Magistrate Judge
*Printed Name and Title*

AO 199A (Rev. 06/19) Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
### for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  24mj551 |
| Charudet Smith a/k/a Charles Smith | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
<br>*Place*

_____

on _____
<br>*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

Case 7:24-mj-00551-UA   Document 4   Filed 02/09/24   Page 4 of 7

* AO 199B (Rev. 12/20) Additional Conditions of Release          Charudet Smith a/k/a Charles Smith      24mj551

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

([✓])  (6)  The defendant is placed in the custody of:
Person or organization     The defendant's parents, Sharon Blinkoff and Herbert Smith
Address (only if above is an organization)     396 Forest Ave
City and state     New Rochelle, New York                                    Tel. No.
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: X _____
                                                    Custodian                                          Date

([✓])  (7)  The defendant must:
   ([✓])  (a)  submit to supervision by and report for supervision to the   PRETRIAL SERVICES FOR  [ ] Regular;  [ ] Strict;  [✓] As Directed
                 telephone number _____ , no later than _____.
   ([ ])  (b)  continue or actively seek employment.
   ([ ])  (c)  continue or start an education program.
   ([✓])  (d)  surrender any passport to:     PRETRIAL SERVICES
   ([✓])  (e)  not obtain a passport or other international travel document.
   ([✓])  (f)  abide by the following restrictions on personal association, residence, or travel:   SDNY/EDNY and District of Connecticut for treatment and medical appointments
   ([✓])  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:
   ([✓])  (h)  get medical or psychiatric treatment:
   ([ ])  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes:
   ([ ])  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
   ([✓])  (k)  not possess a firearm, destructive device, or other weapon.
   ([ ])  (l)  not use alcohol ( [ ] ) at all ( [ ] ) excessively.
   ([✓])  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
   ([ ])  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
   ([ ])  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
   ([✓])  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
            ([ ])  (i)  Curfew. You are restricted to your residence every day ( [ ] ) from _____ to _____ , or ( [ ] ) as directed by the pretrial services office or supervising officer; or
            ([✓])  (ii)  Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
            ([ ])  (iii)  Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
            ([ ])  (iv)  Stand Alone Monitoring. You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
            Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

* AO 199B (Rev. 12/20) Additional Conditions of Release                          Charudet Smith a/k/a Charles Smith          24mj551

## ADDITIONAL CONDITIONS OF RELEASE

( ☑ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
    ( ☑ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or    May self install
    ( ☐ ) (ii)  Voice Recognition; or
    ( ☐ ) (iii) Radio Frequency; or
    ( ☐ ) (iv)  GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☐ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (t)  _____

1. Pretrial Services supervision as directed
2. Home detention enforced by Location Monitoring. The defendant shall be permitted to self-install the location monitoring equipment
3. Travel restricted to the Southern and Eastern Districts of New York and Connecticut for treatment and medical appointments.
4. The defendant's parents, Sharon Blinkoff and Herbert Smith, shall be appointed to serve as third party custodians for the defendant. Ms. Blinkoff and Mr. Smith must monitor and ensure that the defendant is in compliance with all of the conditions set forth by the court, and to report any potential non-compliance to Pretrial Services immediately. If at any time, the defendant becomes a danger to himself or others, Ms. Blinkoff and Mr. Smith shall immediately notify Pretrial Services and make arraignments for the defendant to be transported to an emergency room or a psychiatric hospital.
5. Surrender all travel documents within one week and make no new applications
6. Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner
7. Do not possess a firearm, destructive device, or other dangerous weapon
8. Surrender of all devices the defendant currently possesses that are capable of Internet access, including cellular phones, gaming systems and tablets
9. Refrain from possession or use of devices that communicate data via modem or dedicated connection and refrain from residing at any residence where such devices are present at any time, remove all computers from the residence, except for a device needed for psychiatric treatment, which will be monitored by Pretrial Services and otherwise password protected and kept locked by parents as third party supervisors, and except for personal devices belonging to parents. The parents' personal devices and cellphones should be password protected with new passwords or removed from the home when they are not at home. No desktop devices should be present in the home.
10. Refrain from Internet access, including at place of employment and through any type of device.
11. Not possess or view any images in any form of media or in a live venue that depicts sexually explicit conduct. For the purpose of this special condition of supervision, the term "sexually explicit conduct" is defined under 21 USC § 2256(2)(A) and is not limited to the sexual exploitation of children
12. Refrain from any form of unsupervised contact with minors, including telephonic or on-line communication
13. Refrain from loitering near schoolyards, playgrounds, or other places frequently by minors
14. Refrain from using any electronic equipment including but not limited to cell phones and video or still cameras, to record, store, or view images or photos of minors
15. Avoid all contact with alleged victims and potential witnesses
16. Mental health evaluation/treatment as deemed appropriate, to include inpatient or outpatient treatment
17. To be cosigned by 2 FRP within one week
18. Reside with parents at 396 Forest Ave, New Rochelle, NY

Defense Counsel Name: **Elizabeth Quinn**

Defense Counsel Telephone Number: **914-428-7133**

Defense Counsel Email Address: **elizabeth.quinn@fd.org**

AO 199C (Rev. 09/08) Advice of Penalties

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: Charudet Smith a/k/a Charles Smith               Case No. 24mj551

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

    (1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more -- you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years -- you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3)  any other felony -- you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4)  a misdemeanor -- you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: _02/09/2024_          _X_ _____
                                *Defendant's Signature* Charudet Smith a/k/a Charles Smith

☑ **DEFENDANT RELEASED**    White Plains, NY _____
                                                     *City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____2/9/2024_____                       s/VR
                                                 *Judicial Officer's Signature*

                          **Hon. Victoria Reznik, U.S. Magistrate Judge**
                                            *Printed Name and Title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

Case 7:24-mj-00551-UA    Document 4    Filed 02/09/24    Page 7 of 7

AO 199C  (Rev. 09/08)  Advice of Penalties



**Southern District of New York**

The Bronx
Manhattan
Westchester
Rockland
Dutchess
Orange
Putnam
Sullivan

**Eastern District of New York**

Brooklyn (Kings County)
Queens (Queens County)
Staten Island (Richmond County)
Long Island (Nassau & Suffolk)

# EXHIBIT B

United States District Court
Southern District of New York

-------------------------------------------------------------x

United States of America,

                                       24 Maj. 551
                                       Order

          -v-

Charudet Smith,
          Defendant.

-------------------------------------------------------------x

On February 17, 2024, the defendant Charudet Smith was released on a bond in connection with the above-entitled matter. The bond contained a number of conditions, including prohibiting Mr. Smith from the use of any electronic devices with internet capacity. Under the terms of the bond, Mr. Smith was permitted to use an electronic device for the purpose of psychiatric treatment which was to be monitored by Pre-Trial Services.

On October 1, 2025, a bail hearing was held before Magistrate Judge Hon. Andrew Krause to determine whether the conditions of the original bond had been violated by Mr. Smith's use of an electronic device. At the hearing, it was determined that Pre-Trial Services was unable to monitor any electronic device that was not owned by Mr. Smith and that the only electronic devices to which he has access are owned by his parents, Herbert Smith and Sharon Blinkoff.

At the hearing, it was also determined that Mr. Smith has a standing appointment with his psychiatrist every other Friday at 10:00 a.m. Many of these sessions are conducted via a landline telephone and no supervision or special provisions are required for those sessions to take place.

It is hereby **ORDERED** that the original bond shall be modified to reflect that

Mr. Smith may use an electronic device only for psychiatric treatment and may use such

device only under the following circumstances and in the following manner:

A.    If Mr. Smith's psychiatrist requires that she consult with Mr. Smith via video call, either Herbert Smith or Sharon Blinkoff must be available to log onto the session for the defendant and to remove the computer from his control at the end of the session.

B.    Prior to such video call, either parent must notify Pre-Trial Services via email or telephone to advise when the video session will be taking place and to confirm that either parent will be logging onto the session.

C.    Following such video call, either parent must notify Pre-Trial Services via email or telephone to confirm that the computer used for the session has been removed from the defendant's control.

D.    If additional video sessions are required by the defendant's psychiatrist beyond the normally scheduled sessions, or the psychiatrist must change the scheduled session because of an emergency, either parent must notify Pre-Trial Services of the additional session and/or that a change in scheduling has occurred.

E.    The defendants' parents, Mr. Smith and Ms. Blinkoff, were present in Court when these modifications were ordered by the Court and both acknowledged that they understood their obligations and agreed to comply with them.

Dated:  White Plains, New York

October 6, 2025

APPLICATION GRANTED.  The defendant's bond conditions are modified as set forth above.  The Clerk of Court is directed to mark the motion at ECF No. 42 as GRANTED.

Dated: October 6, 2025

_Andrew Krause_

THE HONORABLE ANDREW E. KRAUSE

UNITED STATES MAGISTRATE JUDGE