USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

                v.

CHARUDET SMITH,

           Defendant.

 :   **ORDER FOR EVALUATION**
 :   **UNDER 18 U.S.C. § 4246**

 :   25 CR 462 (VB)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This Court has reviewed the report of the treating professionals at the Metropolitan Correctional Center in Chicago (the "Report"). The Report concludes that the defendant remains incompetent to stand trial and is unlikely to be restored to competency in the foreseeable future;

The parties have advised the Court that they do not contest the Report and that they consent to the entry of a finding that the defendant remains incompetent to stand trial and is unlikely to be restored to competency in the foreseeable future;

ACCORDINGLY, THE COURT FINDS that the defendant, CHARUDET SMITH, remains incompetent to stand trial and is unlikely to be restored to competency in the foreseeable future.

THE COURT FURTHER FINDS that the defendant is now subject to the provisions of 18 U.S.C. § 4246.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. §§ 4241(d) and 4246(a)-(b), and 4247(b), that:

1. CHARUDET SMITH shall be committed to the custody of the Attorney General for placement in a suitable facility to determine whether his release would create a

substantial risk of bodily injury to another person or serious damage to property of another. Pursuant to 18 U.S.C. 4247(b), the period of examination shall not exceed forty-five days. The director of the facility may apply for a reasonable extension not to exceed thirty days upon a showing of good cause that additional time is needed to observe and evaluate the defendant. 18 U.S.C. § 4247(b).

2.  Under 18 U.S.C. § 4246(a), that, if the director of the facility where the defendant is hospitalized certifies that the defendant suffers from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to the property of another, and that suitable arrangements for State custody and care of the defendant are not available, that certificate shall be filed in the district where the defendant is hospitalized. 18 U.S.C. § 4246(a). If appropriate, the court of that district will then hold a civil commitment hearing under 18 U.S.C. § 4246(c). A copy of any such certification shall also be provided to the Clerk of this Court and ~~service~~ *served* VB on defense counsel in the above-entitled matter and the United States Attorney's Office in the Southern District of New York.

3.  Once the Bureau of Prisons/Attorney General designates a facility for evaluation and a date for the CHARUDET SMITH to report, the United States Marshal shall promptly notify the Court, the Government, and defense counsel of the designated facility and the designated reporting date. **SMITH shall report for commitment at the designated facility on the designated reporting date. The Defendant shall remain out-of-custody, subject to the terms of his previously imposed conditions of release, until he reports for commitment at the designated facility.**

4. At the end of SMITH's commitment, the Attorney General or his agent shall prepare and submit a written report setting forth the findings with respect to whether SMITH's release would create a substantial risk of bodily injury to another person or serious damage to property of another. The Attorney General or his agent shall submit the report by U.S. Mail and email to:

> The Honorable Vincent Briccetti
> United States District Judge
> Southern District of New York
> 300 Quarropas Street
> White Plains, NY 10601
> ChambersNYSDBriccetti@nysd.uscourts.gov

5. All proceedings relating to CHARUDET SMITH are STAYED pursuant to 18 U.S.C. § 3161(h)(1)(A). Excludable delay will end upon the conclusion of the proceedings pursuant to 18 U.S.C. . § 4246.

**IT IS SO ORDERED.**

**The Clerk of the Court** is ordered to provide this order to the U.S. Marshal Service forthwith.

Dated: White Plains, New York
May 20, 2026

_____
THE HONORABLE VINCENT BRICCETTI
UNITED STATES DISTRICT JUDGE