UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

UNITED STATES OF AMERICA :
:
v. :
:
CHARUDET SMITH :
:
Defendant. :

-----------------------------------------------------x

**ORDER**

25 CR 462 (VB)

At a pretrial conference held today, the Court ordered the following:

1. By October 7, 2026, the government shall provide the Court with a proposed order directing BOP psychologist Dr. Kristina Lloyd to issue an amended report or, in the alternative, a letter advising the Court that Dr. Lloyd will issue an amended report on her own. The amended report must explain (i) why defendant should be re-evaluated for competency and (ii) why that competency evaluation must be conducted while defendant is in custody.

2. By October 7, 2026, defense counsel shall submit a letter updating the Court on the status of defendant's participation in Assertive Community Treatment ("ACT").

3. The next status conference is scheduled for December 15, 2026, at 2:30 p.m.

4. For the reasons set forth on the record at today's conference, time is excluded under the Speedy Trial Act in the interest of justice through December 15, 2026.

Dated: September 23, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge